FRANCES A. MASSEY, Respondent, *v.* GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.

Argued January 7, 1937; decided March 9, 1937.

Charles R. Hickox, Robert Kelly Prentice, Myron T. Townsend and Vernon S. Jones for appellant.

Forrest E. Single and Loring R. Lecraw for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN and RIPPEY, JJ. Dissenting: HUBBS and LOUGHRAN, JJ. Taking no part: FINCH, J.